### JOHNSON *v.* WARE.

ATKINSON, J. 1. A ground of a motion for new trial which complains of a ruling under which certain evidence was admitted, but which fails to disclose what objection, if any, was interposed to its admissibility at

the time it was offered, can not be considered. *Smith* v. *Smith,* 133 *Ga.* 170 (3) (65 S. E. 414).

2. An attack upon a statute as unconstitutional, made for the first time in the brief of counsel in the Supreme Court, will not be considered. In this connection see *Savannah, Florida & Western Ry. Co.* v. *Hardin,* 110 *Ga.* 433 (35 S. E. 681).

3. The evidence was conflicting, but sufficient to support the verdict; and there was no error in refusing to grant a new trial.

> *Judgment affirmed. All the Justices concur.*
> NOVEMBER 18, 1910.

Action for penalty. Before Judge Littlejohn. Stewart superior court. December 27, 1909.

*W. H. Gurr* and *E. T. Hickey,* for plaintiff in error.